IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER A. THORNSBERRY
ADC #169180                                                                                      PLAINTIFF

v.                              No. 2:24-cv-86-DPM-PSH

CARRIE GRANVILLE, Sergeant, EARU,
ADC and COUNSELOR, Corporal, ADC                                            DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 7*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Thornsberry's claims against Sergeant Granville based on the alleged 13 October 2021 attack are dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2024