IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER A. THORNSBERRY
ADC #169180                                                                    PLAINTIFF

v.                          No. 2:24-cv-86-DPM-PSH

CARRIE GRANVILLE, Sergeant, EARU,
ADC and COUNSELOR, Corporal, ADC                         DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 24*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motions to dismiss, *Doc. 11 & 18*, granted in part and denied in part. Thornsberry's official capacity claims for money damages are dismissed without prejudice. His failure to protect claim against Sergeant Granville was dismissed without prejudice by a previous Order, *Doc. 14*. His retaliation claims against Sergeant Granville and Corporal Counselor in their individual capacities go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2024