IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER A. THORNSBERRY
ADC #169180                                                                                    PLAINTIFF

v.                          No. 2:24-cv-86-DPM-PSH

CARRIE GRANVILLE, Sergeant, EARU,
ADC; and INDIGOL COUNSELOR,
Corporal, ADC                                                                                 DEFENDANTS

## ORDER

Notice, *Doc. 38*, appreciated. Case stayed. Joint motion or joint status report due by 16 January 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2025