# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHRISTOPHER A. THORNSBERRY**
**ADC #169180**                                                                              **PLAINTIFF**

v.                          No. 2:24-cv-86-DPM

**CARRIE GRANVILLE, Sergeant, EARU,**
**ADC; and INDIGOL COUNSELOR,**
**Corporal, ADC**                                                                              **DEFENDANTS**

## ORDER

Joint stipulation of dismissal, *Doc. 40*, appreciated.  The parties have settled.  Congratulations.  The Court withdraws the reference, lifts the stay, and will dismiss the case with prejudice.  The Court will retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026