IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER A. THORNSBERRY
ADC #169180                                                              PLAINTIFF

v.                              No. 2:24-cv-86-DPM

CARRIE GRANVILLE, Sergeant, EARU,
ADC; ARKANSAS DEPARTMENT OF
CORRECTION; STREETER, Corporal,
ADC; and INDIGOL COUNSELOR,
Corporal, ADC                                                            DEFENDANTS

## JUDGMENT

Thornsberry's complaint is dismissed with prejudice. The Court retains jurisdiction until 9 March 2026 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026