# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER A. THORNSBERRY**
**ADC #169180**                                                              **PLAINTIFF**

**v.**                              **No. 2:24-cv-86-DPM**

**CARRIE GRANVILLE, Sergeant, EARU,**
**ADC;  ARKANSAS DEPARTMENT OF**
**CORRECTION;  STREETER, Corporal,**
**ADC;  and INDIGOL COUNSELOR,**
**Corporal, ADC**                                                        **DEFENDANTS**

## ORDER

Thornsberry has requested a hearing to address alleged threats to violate the parties' settlement agreement.  *Doc. 44.*  The Court takes notice of a similar filing in a related case, *Thornsberry v. Perkins*, No. 4:24-cv-538-DPM, *Doc. 49.*  A hearing isn't needed.  Thornsberry hasn't claimed that any party to the settlement has violated the agreement. The Court therefore denies the motion, *Doc. 44.*

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

9 March 2026